No. 111. RED STAR MOTOR DRIVERS ASSOCIATION ET AL.
v. CITY OF DETROIT, JAMES W. INCHES, COMMISSIONER
OF POLICE, ET AL. Error to the Supreme Court of the
State of Michigan. Argued October 3, 1927. Decided
October 17, 1927. *Per Curiam.* Dismissed for want of a
substantial Federal question on the authority of *Shulthis*
v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S.
712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr.
Edward N. Barnard,* with whom *Mr. Reeves T. Strickland*
was on the brief, for plaintiffs in error. *Messrs. Charles P.
O'Neil, Charles S. Whitman* and *Clarence E. Page* were
on the brief for defendants in error.

———————

No. 88. J. MELL BROOKS AND BLYTHEVILLE SPECIAL
SCHOOL DISTRICT No. 5 v. RALPH KOONCE, STATE TREAS-
URER. Argued October 3, 1927. Decided October 17,
1927. *Per Curiam.* Affirmed on the authority of *Mills
County* v. *Railroad Company,* 107 U. S. 557, 566; *Alabama*
v. *Schmidt,* 232 U. S. 168, 173; *King County* v. *Seattle
School District No. 1,* 263 U. S. 361, 364. *Mr. P. A.
Lasley,* with whom *Mr. C. A. Cunningham* was on the
brief, for plaintiffs in error. *Messrs. H. W. Applegate,
J. S. Utley* and *William T. Hammock* were on the brief for
defendant in error.